```
COGBURN LAW OFFICES
9555 S. Eastern Ave., Suite 280
Las Vegas, Nevada 89123
(702) 384-3616 FAX:(702) 943-1936
```

1 | SAO
**COGBURN LAW OFFICES**
2 | JAMIE S. COGBURN, ESQ.
Nevada State Bar No. 008409
3 | Jsc@cogburnlaw.com
DAVID J. WEDEMEYER, ESQ.
4 | Nevada State Bar No. 011318
Djw@cogburnlaw.com
5 | 9555 S. Eastern Ave., Suite 280
Las Vegas, Nevada 89123
6 | Tel: (702) 384-3616
Fax: (702) 943-1936
7 |   Attorneys for Plaintiff

8 | **UNITED STATES DISTRICT COURT**

9 | **DISTRICT OF NEVADA**

10 | AMY VETOCK, and individual,

11 | Plaintiff, | Case No: 2:11-cv-00219

12 | vs.

13 |

14 | NCO Financial Systems, Inc., a foreign corporation, and ROE corporations I through X,

15 | Defendant(s).

16 | **STIPULATION AND ORDER FOR DIMISSAL WITH PREJUDICE**

17 | IT IS HEREBY STIPULATED by and between Plaintiff, AMY VETOCK, through her

18 | attorneys of record, Cogburn Law Offices, and Defendant, NCO FINANCIAL SERVICES, INC.,

19 |

20 | through their attorneys of record, Lincoln, Gustafson & Cercos, that the above-captioned and

21 | ////
22 | ////
23 | ////
24 | ////
25 | ////
26 |
27 | ////
28 | ////

Page 1 of 2

numbered matter be dismissed with prejudice in its entirety, each party to bear their own attorney's fees and costs.

Dated this 1st of June, 2011.

| COGBURN LAW OFFICES | LINCOLN, GUSTAFSON & CERCOS |
|---|---|
| By: /s/ Jamie S. Cogburn | By: /s/ Thomas J. Lincoln |
| Jamie S. Cogburn, Esq. | Thomas J. Lincoln, Esq. |
| Nevada Bar #8409 | Nevada Bar No. 5699 |
| David J. Wedemeyer, Esq | Loren S. Young, Esq. |
| Nevada Bar #11318 | Nevada Bar No. 7567 |
| 9555 S. Eastern Ave., Suite 280 | 2300 W. Sahara Ave.,Ste.300 Box 2 |
| Las Vegas, Nevada 89123 | Las Vegas, NV 89102-4375 |
| *Attorneys for Amy Vetock* | *Attorneys for Defendant NCO Financial Systems, Inc.* |

## ORDER

Based on the foregoing stipulations and agreements of the parties, and good cause appearing,

IT IS HEREBY ORDERED, ADJUDGED AND DECREED as follows:

(1) That Defendant NCO FINANCIAL SYSTEMS, INC., shall be dismissed from this matter with prejudice; and

(2) That Plaintiffs and Defendant NCO FINANCIAL SYSTEMS, INC. shall bear their own costs and attorney's fees.

IT IS SO ORDERED:

_____
UNITED STATES DISTRICT COURT JUDGE

Dated this ___ day of June 2011.