SAO
**COGBURN LAW OFFICES**
JAMIE S. COGBURN, ESQ.
Nevada State Bar No. 008409
Jsc@cogburnlaw.com
DAVID J. WEDEMEYER, ESQ.
Nevada State Bar No. 011318
Djw@cogburnlaw.com
9555 S. Eastern Ave., Suite 280
Las Vegas, Nevada 89123
Tel: (702) 384-3616
Fax: (702) 943-1936
  Attorneys for Plaintiff

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| AMY VETOCK, and individual,<br><br>                    Plaintiff,<br><br>vs.<br><br>NCO Financial Systems, Inc., a foreign corporation, and ROE corporations I through X,<br><br>                    Defendant(s). | Case No: 2:11-cv-00219 |

### STIPULATION AND ORDER FOR DIMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED by and between Plaintiff, AMY VETOCK, through her attorneys of record, Cogburn Law Offices, and Defendant, NCO FINANCIAL SERVICES, INC., through their attorneys of record, Lincoln, Gustafson & Cercos, that the above-captioned and

////

////

////

////

////

////

////

numbered matter be dismissed with prejudice in its entirety, each party to bear their own attorney's fees and costs.

Dated this 1st of June, 2011.

| COGBURN LAW OFFICES | LINCOLN, GUSTAFSON & CERCOS |
|---|---|
| By: /s/ Jamie S. Cogburn | By: /s/ Thomas J. Lincoln |
| Jamie S. Cogburn, Esq. | Thomas J. Lincoln, Esq. |
| Nevada Bar #8409 | Nevada Bar No. 5699 |
| David J. Wedemeyer, Esq | Loren S. Young, Esq. |
| Nevada Bar #11318 | Nevada Bar No. 7567 |
| 9555 S. Eastern Ave., Suite 280 | 2300 W. Sahara Ave.,Ste.300 Box 2 |
| Las Vegas, Nevada 89123 | Las Vegas, NV 89102-4375 |
| *Attorneys for Amy Vetock* | *Attorneys for Defendant NCO Financial Systems, Inc.* |

## ORDER

Based on the foregoing stipulations and agreements of the parties, and good cause appearing,

IT IS HEREBY ORDERED, ADJUDGED AND DECREED as follows:

(1) That Defendant NCO FINANCIAL SYSTEMS, INC., shall be dismissed from this matter with prejudice; and

(2) That Plaintiffs and Defendant NCO FINANCIAL SYSTEMS, INC. shall bear their own costs and attorney's fees.

IT IS SO ORDERED:

_____
UNITED STATES DISTRICT COURT JUDGE
Philip M. Pro

DATED: June 2, 2011.